UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 07-40055-26 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| TYLER BROWN, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant Brown has filed *pro se* three Motions with the Court. Defendant Brown has been represented by counsel at all times. Accordingly, only counsel is authorized to file motions on Defendant's behalf. *See United States v. Smith*, 201 Fed.Appx. 530, 2006 WL 2639551 (C.A. 9 (Wash.)); *United States v. Ramirez-Arellano*, 161 Fed. Appx. 730, 2006 WL 83130 (C.A. 9 (Nev.)); *United States v. Boulware*, 2009 WL 972606 (N.D.W.Va.); *Downs v. Hubbert*, 171 Fed.Appx. 640, 2006 WL 701834 (C.A. 9 (Cal.)). Accordingly,

IT IS ORDERED:

1. That each of the Defendant's three Motions, Motion to Proceed in Forma Pauperis, Doc. 1688, Motion for Transcript of Trial, Doc. 1689, and Motion to Set Aside Verdict, Doc. 1691, were not and are not considered by the Court.

Dated this 9th day of April, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Wahy
DEPUTY